# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. FRANDO,<br><br>                              Petitioner,<br><br>v.<br><br>BILL GORE, et al.,<br><br>                              Respondents. | Case No.: 21-cv-01434-JLS-KSC<br><br>**ORDER DENYING AS MOOT MOTION TO PROCEED *IN FORMA PAUPERIS*** <br><br>**[ECF No. 8]** |

On July 29, 2021, Petitioner, a state prisoner proceeding pro se, constructively filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and paid the $5.00 filing fee. (ECF No. 1.) Subsequently, on September 29, 2021, Petitioner moved for leave to proceed *in forma pauperis*. (ECF No. 8.) Because Petitioner has paid the filing fee, the Court **DENIES as moot** Petitioner's Motion to Proceed *In Forma Pauperis* (ECF No. 8).

**IT IS SO ORDERED.**

Dated: October 1, 2021

Hon. Janis L. Sammartino
United States District Judge